IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No. 09-cv-01148-PAB-MJW

SHAWN A. JACKSON,

    Plaintiff,

v.

RICHARD WILEY, Warden,
SEAN JANSON, Lieutenant,
DAVID SCHIEFELBEIN, Physician,
ANTHONY OSAGIE, Physician,
JOSE ARROYO, Counselor, and
R. MARTINEZ, ISO,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 29 2009

GREGORY C. LANGHAM
                  CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This matter is before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiffs leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED May 29, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01148-PAB-MJW

Shawn Jackson, Sr.
Reg. No. 43324-061
ADX – Florence
PO Box 8500
Florence, CO 81226

Richard Wiley, Sean Janson,
David Schiefelbein, Anthony Osagie,
Jose Arroyo, and R. Martinez   - **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for service of process on Richard Wiley, Sean Janson, David Schiefelbein, Anthony Osagie, Jose Arroyo, and R. Martinez; to Untied States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 5/19/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/29/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk